# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Karen Rain,     Plaintiff,<br><br>      v.<br><br>Connecticut General Corporation, et. al.,<br>     Defendant, | CIVIL ACTION NO. 3:17-30115-MGM |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, U.S.D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the Defendants, against the Plaintiff Karen Rain pursuant to electronic order entered this day.

                                        **ROBERT M. FARRELL**,
                                        CLERK OF COURT

Dated July 21, 2023          By /s/ *Michael Zamorski*
                                                 Michael Zamorski
                                                 Deputy Clerk